JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR MANUEL GARIBAY, | ) | NO. CV 15-4723-SJO (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| W.L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 13, 2016

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE